**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01180-CR
No. 05-16-01181-CR

**ZACHARY ELLIOT CALLENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82261-2015 & 219-82262-2015**

## ORDER

We **REINSTATE** these appeals.

Because appellant's brief had not been filed despite having been granted three extensions of time, we abated these appeals for a hearing. On July 7, 2017, we received the trial court's July 6 findings and recommendations. We **ADOPT** the trial court's findings and recommendations that (1) appellate counsel Kristen Brown has been working in a diligent manner, (2) these appeals have large appellate records requiring additional time to review, and (3) Ms. Brown needs an additional forty-five days in which to file appellant's brief.

We **ORDER** appellant's brief filed within forty-five days of the date of this order.

/s/    LANA MYERS
       JUSTICE